UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-08484-SSC                    Date: January 6, 2025

Title         Erika Pineda v. United States of America et al

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                   Teagan Snyder                   |                   n/a                   |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  Fed. R. Civ. Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed. R. Civ. Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met.  Accordingly, the Court orders Plaintiff(s) to show cause in writing no later than **January 13, 2025**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the date indicated above, as an appropriate response to this order:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-08484-SSC                          Date: January 6, 2025

Title        Erika Pineda v. United States of America et al

- Proof of service of summons and complaint on all defendants for whom such documents have not yet been filed;

- An answer by any defendant;

- An appearance by all defendants who have been served;

- An application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, or a noticed motion for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the order will stand submitted upon the filing of a response to this Order to Show Cause, and no oral argument will be heard unless ordered by the Court.  Failure to respond to this order may result in the dismissal of the action.

**IT IS SO ORDERED.**

                                                                              :
                                        Initials of Preparer      **ts**